461 A.2d 882

Zumick v. Pikovsky, Appellant.

Submitted April 26, 1983. David J. Kaltenbaugh, Assistant Public Defender, for appellant; Christopher F. Sheridan, for appellee.

Before ROWLEY, POPOVICH and HOFFMAN, JJ.

Order affirmed.

461 A.2d 882

Carter, Appellant v. Williams, et al.

Petition for Allowance of Appeal Denied Oct. 3, 1983.

Argued April 13, 1983. David B. Keeffe, for appellant; Lucille Marsh, for appellees.

Before HESTER, CAVANAUGH and POPOVICH, JJ.

Judgment affirmed.